# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ALI MOHAMMED, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:21-cv-01249-ACA-JHE |
| MERRICK GARLAND, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On April 4, 2022, the magistrate judge entered a report recommending that the court grant as moot Respondents' motion to dismiss Petitioner Ali Mohammed's 28 U.S.C. § 2241 petition for writ of habeas corpus. (Doc. 13). The magistrate judge advised Mr. Mohammed of his right to file objections within fourteen days, but to date, the court has not received any objections to the report and recommendation.[1]

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

---

[1] The Clerk mailed a copy of the report and recommendation to Mr. Mohammed at the Etowah County Detention Center, which the Postal Service returned as undeliverable. (Doc. 15). However, on April 5, 2022, the Clerk mailed a copy of the report and recommendation to Mr. Mohammed at his current address and allowed Mr. Mohammed fourteen days to file objections. (Doc. 14).

Consistent with that recommendation, the court **WILL GRANT** Respondents' motion to dismiss (docs. 11, 12) and **WILL DISMISS** this case as moot.

The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this April 20, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE